IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

YARNEL HARRIS,

    Plaintiff,

v.                                                                  Civil Action No. **3:10CV443**

A. REEVES, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on July 29, 2010, the Court informed Plaintiff that he was required to notify the Court in the event that he was transferred, relocated, or released from prison while the action was pending. The Court warned Plaintiff that the failure to keep the Court informed of his address would result in the dismissal of the action. On August 12, 2011, the Memorandum Order entered on August 3, 2011 was returned to the Court and marked, "RETURN TO SENDER" and "NOT HERe." Plaintiff's failure to keep the Court apprised of his current address indicated his lack of interest in prosecuting the present action. Accordingly, by Memorandum Order entered on October 3, 2011, the Court directed Plaintiff, within eleven (11) days of the date of entry thereof, to inform the Court in writing of his current address. The Court warned Plaintiff that if he failed to comply with the above directive, the Court would dismiss the action. *See* Fed. R. Civ. P. 41(b). More than eleven (11) days have passed since the entry of the October 3, 2011 Memorandum Order and Plaintiff has not provided the Court with his current address.[1]

---

[1] On October 12, 2011, the Memorandum Order entered on October 3 was returned to the Court and marked, "RETURN TO SENDER" and "NOT HERe."

Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. Defendants' Motion for Summary Judgment (Docket No. 21) will be DENIED AS MOOT.

An appropriate Order shall issue.

/s/ MHL
M. Hannah Lauck
United States Magistrate Judge

Date: 10-26-11
Richmond, Virginia